# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>    Plaintiff,<br><br>    v.<br><br>C. GUTHRIE, et al.,<br><br>    Defendants. | **CASE No. 1:16-cv-01862-LJO-MJS (PC)**<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY ON COGNIZABLE EIGHTH AMENDMENT CLAIM AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**(ECF No. 1)**<br><br>**FOURTEEN (14) DAY OBJECTION DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On January 30, 2017, the Court screened Plaintiff's complaint and found that it states a cognizable Eighth Amendment excessive force claim for damages against Defendant Guthrie, but no other cognizable claims. (ECF No. 10.) Plaintiff was ordered to file an amended complaint or notify the Court in writing if he wished to proceed only on the cognizable claim. (Id.) Plaintiff responded that he does not intend to amend and instead wishes to proceed with the cognizable claim. (ECF No. 11)

Based on the foregoing, it is HEREBY RECOMMENDED that:

    1. This action proceed only on the cognizable Eighth Amendment claim for

damages against Defendant Guthrie ; and

    2. All other claims and defendants be dismissed from this action for failure to state a claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   February 28, 2017              /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE