UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. GUTHRIE, et al.,<br><br>　　　　　Defendants. | **CASE No. 1:16-cv-01862-LJO-JLT (PC)**<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR HIS FAILURE TO FOLLOW THE COURT'S ORDER AND ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT**<br><br>**(ECF No. 30)**<br><br>**FOURTEEN DAY-DEADLINE** |

　　　　This action is set for a trial on December 4, 2018, before the Honorable Lawrence J. O'Neill. In preparation, a telephonic trial confirmation hearing has been set for October 11, 2018, before the undersigned. Pursuant to the Trial Scheduling Order issued on June 5, 2017 (ECF No. 21), plaintiff's pretrial statement was due on or before August 16, 2018. To date, plaintiff has not filed his pretrial statement or sought an extension of time to do so. Defendant, with an upcoming September 13, 2018, deadline to file his pretrial statement, requests an extension of time to file until fourteen days after plaintiff files a pretrial statement.

///

///

1

Based on the foregoing, the Court **ORDERS**:

(1) Plaintiff shall **SHOW CAUSE** within fourteen days why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Alternatively, plaintiff shall file his pretrial statement no later than September 18, 2018; and

(2) Defendant's request for an extension of time (ECF No. 30) is **GRANTED**. Defendant shall file his pretrial statement fourteen days after plaintiff files his pretrial statement.

IT IS SO ORDERED.

Dated: **September 4, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE