# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. GUTHRIE,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01862-LJO-JLT (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR JOSE ROBERTO ZAIZA, CDCR# G-23177, PLAINTIFF'S TELEPHONIC APPEARANCE<br><br>DATE: THURSDAY, OCTOBER 11, 2018<br>TIME: 10:00 A.M. |

Jose Roberto Zaiza, CDCR # G-23177, the plaintiff in proceedings in this case, is confined at California State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for telephonic appearance before Magistrate Judge Jennifer L. Thurston in the Bakersfield Courthouse of the United States District Court, Eastern District of California by calling (888) 557-8511, utilizing the passcode 1652736 on October 11, 2018 at 10:00 a.m.

### ACCORDINGLY, the Court ORDERS that:

1. A Writ of Habeas Corpus ad Testificandum SHALL issue, under the seal of this court, commanding the Warden to produce the inmate named above for telephonic appearance in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Corcoran, P. O. Box 8800, Corcoran, CA 93212:**

**WE COMMAND** you to produce the inmate named above, along with his legal property required for the trial, volume not to exceed two paper boxes, for telephonic appearance before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated: **September 11, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE