FILED
OCT 05 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>    Plaintiff,<br><br>v.<br><br>C. GUTHRIE,<br><br>    Defendant. | Case No.: 1:16-cv-01862-LJO-JLT<br><br>NOTICE AND ORDER THAT INMATE JOSE ROBERTO ZAIZA, CDC #g-23177, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter concluded on October 5, 2018. Plaintiff inmate Jose Roberto Zaiza, CDC #G-23177, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: October 5, 2018

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1