UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>             Plaintiff,<br><br>    v.<br><br>C. GUTHRIE, et al.,<br><br>             Defendants. | **CASE No. 1:16-cv-01862-LJO-JLT (PC)**<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>**(Doc. 33)**<br><br>**CLERK OF COURT TO CLOSE CASE** |

      The parties settled this action on September 5, 2018, during a settlement. (Doc. 40.) All dates, hearings, and conferences have been vacated, and the parties have now filed a stipulation for voluntary dismissal with prejudice. (Doc. 42.) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 42), it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, The Court thus **ORDERS**:

1. The September 11, 2018, writ of habeas corpus ad testificandum for plaintiff's appearance at the telephonic trial confirmation hearing (Doc. 33) is **VACATED**;
2. The Clerk of Court is DIRECTED to close this action;

///

///

1

3. The Clerk of Court shall provide via fax or email a copy of this order to the Litigation Coordinator at California State Prison in Corcoran, California.

IT IS SO ORDERED.

Dated: __**October 9, 2018**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE